■ FREDERICK E. WINKLER, Appellant, v. MARIE F. WINKLER, Respondent. — Order entered March 24, 1969, and judgment entered March 28, 1969, unanimously affirmed, without costs or disbursements. (See *Gleason v. Gleason,* 32 A D 2d 402.) Concur — Eager, J. P., Capozzoli, McGivern, Markewich and Nunez, JJ.

■ TWENTIETH CENTURY-FOX FILM CORPORATION, Respondent, v. ALICE DUPPER, Appellant.— Order entered August 23, 1968, denying motion to vacate, unanimously reversed, and order and judgment (one paper) entered October 31, 1968, directing declaratory judgment in favor of plaintiff corporation, vacated, on the law, unanimously, with $30 costs and disbursements to appellant, and complaint dismissed. CPLR 303 does permit the commencement of a separate action by service of a summons on the attorney of a nonresident during the pendency of an action; and for this purpose, i.e., the starting of a fresh action, the attorney is designated as agent for service. At best, we have here an attempt at substituted service, not countenanced by statute. Personal delivery is the only method when a statute directs service of a process and is silent as to method. (See, 2 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 2103–04; 3 Carmody-Wait 2d, New York Practice, § 24:49; *Stevens v. State of New York,* 277 App. Div. 418.) Concur — Eager, J. P., Capozzoli, McGivern, Nunez and McNally, JJ.

■ EDITH STEINAU, Respondent, v. LESLIE STEINAU, JR., Appellant.— Order entered March 13, 1969, unanimously modified, on the law and on the facts, by reducing permanent alimony to $200 per week, and, as so modified, affirmed, without costs or disbursements. Giving consideration to the increase in the cost of living and its impact on the plaintiff's preseparation standard of living, we find the increase to $259.62 weekly for the plaintiff's *sole* support to be excessive. In January, 1961 this court fixed alimony at $200 weekly for the support of the plaintiff *and* the two minor children. (*Steinau v. Steinau,* 12 A D 2d 764.) Concur — Stevens, P. J., Capozzoli, Tilzer, McGivern and Markewich, JJ.